**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DAVIS, | Case No: 2:20-cv-05267-AS |
| Plaintiff | **[PROPOSED] JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: March 10, 2021          / s / Sagar
                              HONORABLE ALKA SAGAR
                              United States Magistrate Judge

-1-